UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

November 12, 2021

Gregory G. Skordas  
Skordas Caston & Hyde  
124 South 400 East, Suite 220  
Salt Lake City, UT 84111

**RE:** 21-4128, Greer v. Moon, et al  
Dist/Ag docket: 2:20-CV-00647-TC

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect:

An entry of appearance has not been filed as required by 10th Cir. R. 46.1.

Please correct the stated deficiency within three days of the date of this notice if these appellees intend to participate in this appeal. If these parties do not intend to participate in the appeal, please file a "notice of non-participation" with the court as soon as possible.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert  
Clerk of Court

cc: Russell G. Greer

CMW/sls