UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| RUSSELL G. GEER, | |
| Plaintiff-Appellee, | |
| v. | No. 21-4128 |
| JOSHUA MOON, an individual, and KIWI FARMS, a website. | |
| Defendant-Appellant. | |

In accordance with 10th Cir. R. 46.1, the undersigned attorney hereby appears as counsel for Appellants, Joshua Moon and Kiwi Farms, in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies there are no such parties, or any such parties have heretofore been disclosed to the court.

DATED this the 17th of November, 2021.

Gregory G. Skordas

*/s/ Greg Skordas*
Signature of Counsel
124 S. 400 E., Suite 220
Salt Lake City, UT 84111
801-531-7444
gskordas@schhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Entry of Appearance was filed on November 17, 2021, via CM/ECF system, and that a copy was sent via mail and email to:

Russell G. Greer
P.O. Box 46602
Las Vegas, NV 89114
Russellgreer30business@gmail.com

                                                    */s/ Ryan Wilson*-Legal Assistant
                                                    SKORDAS & CASTON, LLC