# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**Entry of Appearance - Pro Se**

Russell Greer

v.

Joshua Moon and Kiwi Farms

Case No. 2:20-CV-00647-TC

**INSTRUCTIONS:** A PARTY DESIRING TO APPEAR WITHOUT COUNSEL SHALL NOTIFY THE CLERK BY COMPLETING AND SIGNING THIS FORM. THE FEDERAL RULES OF APPELLATE PROCEDURE AND TENTH CIRCUIT RULES REQUIRE THAT ALL PAPERS SUBMITTED TO THE COURT FOR FILING BE SIGNED BY THE FILING PARTY AND THAT COPIES BE SERVED ON OPPOSING PARTIES OR THEIR COUNSEL, IF REPRESENTED BY COUNSEL. THE ORIGINAL OF EVERY PAPER SUBMITTED FOR FILING MUST CONTAIN PROOF OF SERVICE IN A FORM SIMILAR TO THAT ON THE REVERSE OF THIS FORM. ANY PAPER THAT DOES NOT CONTAIN THE REQUIRED PROOF OF SERVICE MAY BE DISREGARDED BY THE COURT OR RETURNED.

I hereby notify the clerk that I am appearing pro se as the

_____**Appellant**_____ in
(Appellant, Petitioner, Appellee or Respondent)

this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify: **(Check one.)**

[X] All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption for this appeal, or

[ ] There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

_____
Signature

Russell Greer
_____
Name

Mailing Address  P. O. Box 46602
                 Las Vegas, NV 89114
City      State      Zip Code

A-5a Pro Se Entry of Appearance Form 10/09

## CERTIFICATE OF SERVICE

I hereby certify that on ____10/28/2021____ I sent a copy of
[date]
the Pro Se Entry of Appearance Form to: ____Greg Skordas____

at _____

_____, the last known

address/email address, by ____gskordas@schhlaw.com____.
[state method of service]

____10/28/2021____
Date

_[signature]_
Signature

---

## CERTIFICATE OF INTERESTED PARTIES
(attached additional pages if necessary)

A-5a  Pro Se Entry of Appearance Form 10/09





ORIGIN ID:BLDA  (385) 214-4590      SHIP DATE: 18NOV21
RUSSELL GREER                        ACTWGT: 0.10 LB
3651 ARVILLE ST                      CAD: 6992811/SSF02220

LAS VEGAS, NV 89103                  BILL CREDIT CARD
UNITED STATES US

TO  **BYRON WHITE U.S COURTHOUSE**
    **TENTH CIRCUT**
    **1823 STROUT ST**

    **DENVER CO 80257**
    (999) 999-9999        REF:
    INV:
    PO:                   DEPT:

FedEx Express

REL# 3785346

TUE – 23 NOV 4:30P
TRK# 2863 1487 1765     EXPRESS SAVER
0201

**SA DENA**                80257
                    CO-US  DEN