IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| RUSSELL G. GREER,<br><br>  *Plaintiff-Appellant*,<br><br>  v.<br><br>JOSHUA MOON, KIWI FARMS,<br><br>  *Defendant-Appellees*. | Civil Appeal No. 21-4128 |

# ENTRY OF APPEARANCE &
# CERTIFICATE OF INTERESTED PARTIES

**Entry of Appearance**: The undersigned as counsel hereby appears for Mr. Russell Greer, Plaintiff-Appellant in the above-captioned appeal.

**Certificate of Interested Persons**: In addition to the Parties to the above-captioned appeal, the following potentially interested persons are hereby disclosed to the Court:

- DIGITAL JUSTICE FOUNDATION (nonprofit law firm representing Plaintiff-Appellant Greer);

- Mr. Andrew Grimm (nonprofit appellate counsel representing Plaintiff-Appellant Greer);

- Mr. Gregory Keenan (nonprofit appellate counsel representing Plaintiff-Appellant Greer);

- SKORDAS CASTON & HYDE (law firm representing Defendant-Appellees Moon, Kiwi Farms);

- Mr. Gregory Skordas (appellate counsel representing Defendant-Appellees Moon, Kiwi Farms).

Date: December 6, 2021

Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for Appellant*

2

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: December 6, 2021          Respectfully submitted,

                                           */s/ Andrew Grimm*
                                           Andrew Grimm