FILED
United States Court of Appeals
Tenth Circuit

December 7, 2021

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

| | |
|---|---|
| RUSSELL G. GREER, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> JOSHUA MOON, an individual, et al., <br><br> Defendants - Appellees. | No. 21-4128 <br> (D.C. No. 2:20-CV-00647-TC) <br> (D. Utah) |

_____

**ORDER**

_____

This matter is before the court on: (1) attorney Andrew Grimm's entry of appearance on behalf of appellant Russell G. Greer; and (2) Mr. Greer's concomitant motion for an extension of time to file his opening brief.

Upon consideration:

A. Although the court docketed the record for this appeal on November 3, 2021, the appeal will now proceed pursuant to Federal Rule of Appellate Procedure 30 and Tenth Circuit Rule 30.1, which require an appellant with retained counsel to file an appendix simultaneously with the opening brief;

B. The court construes Mr. Greer's motion as a motion for an extension of time to file both his opening brief and his appendix and grants the motion as construed;

C.       The court directs Mr. Greer to file his opening brief and appendix on or before January 6, 2022 and reminds Mr. Greer that failure to timely file his opening brief and/or appendix may result in the dismissal of this appeal without further notice for failure to prosecute.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

*[signature]*

by: Lisa A. Lee
     Counsel to the Clerk