CIRCUIT MEDIATION OFFICE

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**  
CHIEF CIRCUIT MEDIATOR

TELEPHONE 303-844-6017  
FACSIMILE 303-844-6437

February 15, 2022

Andrew Grimm, Esq.  
Digital Justice Foundation  
15287 Pepperwood Drive  
Omaha, NE  68154

Greg G. Skordas, Esq.  
Skordas Caston & Hyde  
124 South 400 East, Suite 220  
Salt Lake City, UT  84111

RE:  No. 21-4128 – Russell Greer v. Joshua Moon, et al.

Dear Counsel:

    Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **March 11, 2022**.

Sincerely,

*David W. Aemmer*

David W. Aemmer

DWA:dm