CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

| | |
|---|---|
| **DAVID W. AEMMER** <br> CHIEF CIRCUIT MEDIATOR <br><br> **KEVIN J. KINNEAR** <br> CIRCUIT MEDIATOR | TELEPHONE 303-844-6017 <br> FACSIMILE 303-844-6437 |

April 4, 2022

| | |
|---|---|
| Andrew Grimm, Esq. <br> Digital Justice Foundation <br> 15287 Pepperwood Drive <br> Omaha, NE  68154 | Greg G. Skordas, Esq. <br> Gabriela Mena, Esq. <br> Skordas Caston & Hyde <br> 124 South 400 East, Suite 220 <br> Salt Lake City, UT  84111 |

RE:  No. 21-4128 – Russell Greer v. Joshua Moon, et al.

Dear Counsel:

      Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **April 25, 2022**.

                              Sincerely,

                              David W. Aemmer

DWA:dm