CIRCUIT MEDIATION OFFICE

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

April 26, 2022

Andrew Grimm, Esq.
Digital Justice Foundation
15287 Pepperwood Drive
Omaha, NE  68154

Greg G. Skordas, Esq.
Gabriela Mena, Esq.
Skordas Caston & Hyde
124 South 400 East, Suite 220
Salt Lake City, UT  84111

RE:  No. 21-4128 – Russell Greer v. Joshua Moon, et al.

Dear Counsel:

    Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **June 6, 2022**.

Sincerely,

David W. Aemmer

DWA:dm