# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

RUSSELL G. GREER,

    *Plaintiff-Appellant*,

v.

JOSHUA MOON, KIWI FARMS,

    *Defendant-Appellees*.

Civil Appeal No. 21-4128

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF & APPENDIX

Pursuant to Federal Rule of Appellate Procedure 26(b) and to Tenth Circuit Rule 27.6, Appellant Russell Greer hereby requests that the Court extend the time to file Appellant's Brief and Appendix by 14 days, up to and including **June 20, 2022**, for the reasons that follow:

1. **Current Due Date**: The current due date for Appellant's Brief is Monday, June 6, 2022.

2. **Prior Extensions**: Mr. Greer previously sought a 30-day extension in December 2021, which was granted. Thereafter, the Parties attended numerous mediation sessions and briefing deadlines were extended by the Circuit Mediatior. This is the second extension sought by Appellant.

3. **Timeliness**: This extension request is being filed 3 days prior to the Brief's and Appendix's current due date. See 10th Cir. R. 27.6(B). (Today is June 2, 2022, and the Brief and Appendix are currently due on June 6, 2022.)

1

    4.    **Reasons for Extension**: A few reasons establish good cause in favor of granting a second motion for an extension of time.

    a.    *Illness of Counsel*: Both of Appellant's counsel, Mr. Andrew Grimm and Mr. Gregory Keenan, are very sick with the flu. Their sickness has inhibited their ability to work on the brief. There are no other counsel who are able to assist in the finalization of the brief and appendix because Appellant is represented by a small nonprofit.

    b.    *Supreme Court filing due date*: In a separate case, the U.S. Supreme Court has called for a response to a petition for certiorari seeking high-court review of a win at the Eighth Circuit also due on June 6, 2022. The client there is *in forma pauperis*, cannot afford other counsel, and only has the two nonprofit counsel, Mr. Grimm and Mr. Keenan, that are working on this appeal. Because of their sickness, even this deadline will be extremely difficult for them, but the Supreme Court wants the response before it adjourns for its summer recess. In other words, Appellant's counsel do not believe that this deadline can be extended and, accordingly, would be much appreciative of an extension from this Court.

    5.    **Appellee's Position**: Opposing counsel, Ms. Gabi Mena of SKORDAS CASTON & HYDE, has indicated via email that her clients will *not* oppose this Motion.

6. **Conclusion**:  For the foregoing reasons, the undersigned respectfully requests a 14-day extension, up to and including June 20, to submit Appellant's Brief and Appendix.

Date: June 2, 2022

Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for Appellant*

## CERTIFICATE OF COMPLIANCE

This Motion contains **1137** words.

This Motion was prepared in Microsoft Word using Times New Roman 14-point font.

Date: June 2, 2022                              Respectfully submitted,

                                                */s/ Andrew Grimm*
                                                Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S BRIEF with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: June 2, 2022                    Respectfully submitted,

                                      */s/ Andrew Grimm*
                                      Andrew Grimm