## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| RUSSELL G. GREER,<br><br>    *Plaintiff-Appellant*,<br><br>v.<br><br>JOSHUA MOON, KIWI FARMS,<br><br>    *Defendant-Appellees*. | Civil Appeal No. 21-4128 |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF & APPENDIX

Pursuant to Federal Rule of Appellate Procedure 26(b) and to Tenth Circuit Rule 27.6, Appellant Russell Greer hereby requests that the Court extend the time to file Appellant's Brief and Appendix by 7 days, up to and including **June 28, 2022**, for the reasons that follow:

1. **Current Due Date**: The current due date for Appellant's Brief is Tuesday, June 21, 2022.

2. **Prior Extensions**: Mr. Greer previously sought a 30-day extension in December 2021, which was granted. Thereafter, the Parties attended numerous mediation sessions and briefing deadlines were extended by the Circuit Mediator. Then, Mr. Greer sought a second extension of 14-days, unopposed and it was also granted. This is the third extension sought by Appellant, also unopposed. Barring continued health issues, this is intended to be the last requested extension.

1

3.  **Timeliness**: This extension request is being filed 3 days prior to the Brief's and Appendix's current due date. See 10th Cir. R. 27.6(B). (Today is June 17, 2022, and the Brief and Appendix are currently due on June 21, 2022.)

4.  **Reasons for Extension**: A few reasons establish good cause in favor of granting a second motion for an extension of time.

  a. *Illness of Counsel*: Both of Appellant's counsel, Mr. Andrew Grimm and Mr. Gregory Keenan, are very sick with what they have now determined to be COVID-19. Their sickness has inhibited their ability to finalize the opening brief and appendix. There are no other counsel who are able to assist in the finalization of the brief and appendix because Appellant is represented by a small nonprofit.

  b. *Supreme Court filing due date*: In a separate case, the U.S. Supreme Court had called for a response to a petition for certiorari seeking high-court review of a win at the Eighth Circuit also due on June 6, 2022. The client there is *in forma pauperis*, cannot afford other counsel, and only has the two nonprofit counsel, Mr. Grimm and Mr. Keenan, that are working on this appeal. After they submitted their brief in response, their opposing counsel made arguments that necessitate a supplemental brief, so Mr. Greer's counsel are working to complete a supplemental brief at the certiorari stage.

5. **Appellee's Position**: Opposing counsel, Ms. Gabi Mena of SKORDAS CASTON & HYDE, has indicated via email that her clients will *not* oppose this Motion.

6. **Conclusion**: For the foregoing reasons, the undersigned respectfully requests a 7-day extension, up to and including June 28, to submit Appellant's Brief and Appendix.

Date: June 17, 2022                               Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for Appellant*

## CERTIFICATE OF COMPLIANCE

This Motion contains **580** words.

This Motion was prepared in Microsoft Word using Times New Roman 14-point font.

Date: June 17, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Andrew Grimm*
　　　　　　　　　　　　　　　　　　Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S BRIEF with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: June 17, 2022             Respectfully submitted,

                                */s/ Andrew Grimm*
                                Andrew Grimm