UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 11, 2022

Mr. Andrew Grimm
Digital Justice Foundation
15287 Pepperwood Drive
Omaha, NE 68154

**RE:**   21-4128, Greer v. Moon, et al
Dist/Ag docket: 2:20-CV-00647-TC

Dear Counsel:

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental appendices). Specifically:

- Pagination of the appendix must start with the cover page.  The pagination for Volume 2 does not begin with the cover page. *See* 10th Cir. R. 30.1(D)(1).
- The appendix does not contain bookmarks.  Volume 2 does not contain bookmarks. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit CM/ECF User's Manual at Section III G (page 19).

You must file a proper electronic appendix within three days of the date of this notice. Do not file paper copies of your appendix {and brief} until the court has received the corrected electronic appendix and issued notice it is compliant.

The brief that was submitted with the appendix was previously deemed acceptable for filing and will be filed upon receipt of the corrected appendix. However, if the corrections made to the appendix affect citations in the brief, a revised brief with corrected appendix citations will need to be submitted.

The time to file a response brief will run from the date of service of the appendix.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc: Greg G. Skordas


CMW/klp