# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| RUSSELL G. GREER,<br><br>*Plaintiff-Appellant*,<br><br>v.<br><br>JOSHUA MOON, KIWI FARMS,<br><br>*Defendant-Appellees*. | Civil Appeal No. 21-4128 |

## UNOPPOSED & FIRST MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S REPLY BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and to Tenth Circuit Rule 27.6, Appellant Russell Greer hereby requests that the Court extend the time to file Appellant's Reply Brief by 21 days, up to and including **September 23, 2022**, for the reasons that follow:

1. **Current Due Date**: The current due date for Appellant's Reply Brief is Friday, September 2, 2022.

2. **Prior Extensions**: Mr. Greer has not previously sought an extension for his reply brief. The current due date is the original due date for Appellant's Reply Brief.

3. **Timeliness**: This extension request is being filed 3 days prior to the Reply Brief's current due date. See 10th Cir. R. 27.6(B). (Today is Tuesday, August 30, 2022, and the Reply Brief and Appendix is currently due to be submitted on Friday, September 2, 2022.)

1

4.　　**Reasons for Extension**: A few reasons establish good cause in favor of granting a first and unopposed motion for an extension of time.

　　a.　　*Honeymoon of Counsel*:  Appellant's lead counsel, Mr. Gregory Keenan, is currently on his honeymoon with his wife and, given that Appellant is represented by a very small nonprofit law firm, this absence has a significant affect on our operations.

　　b.　　*Numerous Issues in Answering Brief*: The Answering Brief raises a number of procedural questions and the like that were not addressed in the Opening Brief and will require significant additional research by counsel in order to finalize a succinct and clear Reply Brief.

5.　　**Appellee's Position**:  Opposing counsel, Ms. Gabi Mena of S<small>KORDAS</small> C<small>ASTON</small> & H<small>YDE</small>, has graciously indicated via email that this extension request is *unopposed*, stating via email that "We will stipulate to an extension of any amount of time you feel like you would need."

6.　　**Conclusion**:  For the foregoing reasons, the undersigned respectfully requests a 21-day extension, up to and including September 23, to submit Appellant's Reply Brief.

Date: August 30, 2022     Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for Appellant*

## CERTIFICATE OF COMPLIANCE

This Motion contains **472** words.

This Motion was prepared in Microsoft Word using Times New Roman 14-point font.

Date: August 30, 2022                     Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: August 30, 2022                    Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm