# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| RUSSELL G. GREER,<br><br>    *Plaintiff-Appellant*,<br><br>v.<br><br>JOSHUA MOON, KIWI FARMS,<br><br>    *Defendant-Appellees*. | Civil Appeal No. 21-4128 |

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S REPLY BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and to Tenth Circuit Rule 27.6, Appellant Russell Greer hereby requests that the Court extend the time to file Appellant's Reply Brief by 21 days, up to and including **October 7, 2022**, for the reasons that follow:

    1.    **Current Due Date**: The current due date for Appellant's Reply Brief is Friday, September 16, 2022.

    2.    **Prior Extensions**: Mr. Greer has previously sought one unopposed extension for his reply brief, which was originally due September 2, 2022.

    3.    **Timeliness**: This extension request is being filed 3 days prior to the Reply Brief's current due date. See 10th Cir. R. 27.6(B). (Today is Tuesday, September 13, 2022, and the Reply Brief is currently due to be submitted on Friday, September 16, 2022.)

1

    4.    **<u>Reasons for Extension</u>**: A few reasons establish good cause in favor of granting an extension of time.

    a.    *Major Development*: There has been a major development in the case because the website and forum at the center of this dispute has been largely removed from the Internet, at least temporarily. <u>See</u>, <u>e.g.</u>, Megan Farokhmanesh, "[The End of Kiwi Farms, the Web's Most Notorious Stalker Site](#)," Wired, (Sept. 8, 2022, accessed Sept. 13, 2022); "[Citing imminent danger, Cloudflare drops hate site Kiwi Farms](#)," The Associated Press (Sept. 5, 2022; accessed Sept. 13, 2022). Additional time is needed to reflect on this development and how it may or may not impact the appellant and to allow counsel to speak with Appellant Greer regarding this unexpected development and decide upon a course of action.

    b.    *Honeymoon of Counsel*: Appellant's lead counsel, Mr. Gregory Keenan, has recently returned from his honeymoon with his wife and, given that Appellant is represented by a very small nonprofit law firm, this absence has a significant affect on our operations and we are still trying to catch up from this significant absence.

    c.    *Numerous Issues in Answering Brief*: The Answering Brief raises a number of procedural questions and the like that were not addressed in the

Opening Brief and will require significant additional research by counsel in order to finalize a succinct and clear Reply Brief.

5. **Appellee's Position**: Opposing counsel, Ms. Gabi Mena of SKORDAS CASTON & HYDE, has previously stated via email that "We will stipulate to an extension of any amount of time you feel like you would need." So, it is understood that this opposition is unopposed.

6. **Conclusion**: For the foregoing reasons, the undersigned respectfully requests a 21-day extension, up to and including October 7, 2022, to submit Appellant's Reply Brief.

Date: Sept. 13, 2022                         Respectfully submitted,

                                             */s/ Andrew Grimm*
                                             Andrew Grimm
                                             DIGITAL JUSTICE FOUNDATION
                                             15287 Pepperwood Drive
                                             Omaha, Nebraska 68154
                                             (531) 210-2381
                                             Andrew@DigitalJusticeFoundation.org

                                             *Attorney for Appellant*

## CERTIFICATE OF COMPLIANCE

This Motion contains **560** words.

This Motion was prepared in Microsoft Word using Times New Roman 14-point font.

Date: August 30, 2022          Respectfully submitted,

                               */s/ Andrew Grimm*
                               Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: August 30, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Andrew Grimm*
　　　　　　　　　　　　　　　　　　Andrew Grimm