# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| RUSSELL G. GREER,<br><br>    *Plaintiff-Appellant*,<br><br>v.<br><br>JOSHUA MOON, KIWI FARMS,<br><br>    *Defendant-Appellees*. | Civil Appeal No. 21-4128 |

## <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S REPLY BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and to Tenth Circuit Rule 27.6, Appellant Russell Greer hereby requests that the Court extend the time to file Appellant's Reply Brief by 14 days, up to and including **October 14, 2022**, for the reasons that follow:

    1.    **<u>Current Due Date</u>**:  The current due date for Appellant's Reply Brief is today, Friday, September 30, 2022.

    2.    **<u>Prior Extensions</u>**:  Mr. Greer has previously sought two unopposed extensions for his appellate reply brief, which was originally due September 2, 2022.  Both were granted at least in part, extending the time to file until September 16, 2022, and then to September 30, 2022.

    3.    **<u>Timeliness</u>**:  This extension request is not being filed 3 days prior to the Reply Brief's current due date.  <u>See</u> 10th Cir. R. 27.6(B).

The reason for the extension within the 3-day timeframe before the brief is due is that the situation with respect to the Defendant-Appellee website continues to evolve, such that further consideration of ongoing developments with respect to the website at the center of this case and appeal is necessary.

    4.    **Reasons for Extension**: A few reasons establish good cause in favor of granting an extension of time.

        a.    *Continuing Major Development*: In earlier September, was a major development in this case insofar as the the website and forum at the center of this dispute had been largely removed from the Internet. See, e.g., Megan Farokhmanesh, "The End of Kiwi Farms, the Web's Most Notorious Stalker Site," Wired, (Sept. 8, 2022; "Citing imminent danger, Cloudflare drops hate site Kiwi Farms," The Associated Press (Sept. 5, 2022).

It appears that the website may now be up again and counsel need additional time to assess the current situation with their client and research the current and evolving state of affairs. See, e.g., Tatum Hunter, "How to Scrub Your Phone Number and Address from Google Search," Washington Post (Sept. 29, 2022; accessed Sept. 30, 2022) ("This month, stalker forum Kiwi Farms was taken down after forum members spent years harassing women and those who identify as LGBTQ, frequently posting their physical addresses and phone numbers."); Claire Goforth, "Kiwi Farms Gets Back Online Thanks to the Same Service That's Kept

8kun Alive," Daily Dot (Sept. 6, 2022; accessed Sept. 30, 2022) ("Now Kiwi Farms is back. It's being serviced by VanwaTech, an internet service provider whose clients have included some of the internet's most popular havens for conspiracy theorists and white nationalists, such as 8kun and the neo-Nazi blog the Daily Stormer.").

Further additional time is needed to reflect on these new developments and how they may or may not impact the appellant and to allow counsel to speak with Appellant Greer regarding this unexpected development and decide upon a course of action.

5.     **Appellee's Position**:  Opposing counsel, Ms. Gabi Mena of Skordas Caston & Hyde, has stated via email today that "We will not oppose another extension.  Have a great weekend!"  Therefore, this further extension request is **unopposed**.

6.     **Conclusion**:  For the foregoing reasons, the undersigned respectfully requests a 14-day extension, up to and including October 14, 2022, to submit Appellant's Reply Brief.

Date: September 30, 2022          Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for Appellant*

## CERTIFICATE OF COMPLIANCE

    This Motion contains **678** words.

    This Motion was prepared in Microsoft Word using Times New Roman 14-point font.

Date: September 30, 2022          Respectfully submitted,

                                            */s/ Andrew Grimm*
                                            Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: September 30, 2022          Respectfully submitted,

                                  */s/ Andrew Grimm*
                                  Andrew Grimm