FILED
United States Court of Appeals
Tenth Circuit

October 3, 2022

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

RUSSELL G. GREER,

    Plaintiff - Appellant,

v.

JOSHUA MOON, an individual, et al.,

    Defendants - Appellees.

No. 21-4128
(D.C. No. 2:20-CV-00647-TC)
(D. Utah)

_____

## ORDER
_____

Before **BACHARACH** and **PHILLIPS**, Circuit Judges.
_____

This matter is before the court on appellant's third motion for extension of time to file the reply brief in this appeal. Upon consideration, the motion is granted. The brief shall be served and filed on or before October 14, 2022.

                Entered for the Court

                CHRISTOPHER M. WOLPERT, Clerk