UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

October 17, 2022

Mr. Andrew Grimm
Digital Justice Foundation
15287 Pepperwood Drive
Omaha, NE 68154

**RE:** **21-4128, Greer v. Moon, et al**
Dist/Ag docket: 2:20-CV-00647-TC

Dear Counsel:

Appellant's reply brief received in this case contains too many pages or exceeds the type-volume limit. *See* Fed. R. App. P. 32(a)(7) and 28.1(e), if applicable. You must file a motion to exceed the brief length limit or file a substitute brief that complies with the limit. Do not file paper copies of your brief until the court has received your motion and granted it or has received your corrected brief and has issued notice it is compliant.

The corrected brief updated certificate of service (if required; *see* 10th Cir. R. 25.4).

If you fail to correct the stated deficiency within three days of the date of this letter, the deficient brief will not be filed. In addition, the appeal may be dismissed without further notice. *See* 10th Cir. R. 42.1.

In addition, your brief is late. *See* Fed. R. App. P. 31, 26, and as applicable, 28.1(f).

The court may allow an untimely brief to be filed under appropriate circumstances. Within three days from the date of this letter you may file a motion for leave to file your brief and/or appendix out of time. Unless a motion is filed, the brief will not be docketed as filed. In addition, if appellant defaults, the appeal may be dismissed without further notice. *See* 10th Cir. R. 42.1. If appellee defaults, the appellee will not be heard at oral argument unless the court grants permission. *See* Fed. R. App. P. 31(c). Do not file paper copies of your brief until the court has received and granted your motion.

Please contact this office if you have questions.

                      Sincerely,

                      Christopher M. Wolpert
                      Clerk of Court

cc:      Greg G. Skordas

CMW/klp