# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| RUSSELL G. GREER, | |
|---|---|
| *Plaintiff-Appellant*, | |
| v. | Civil Appeal No. 21-4128 |
| JOSHUA MOON, KIWI FARMS, | |
| *Defendant-Appellees*. | |

## ENTRY OF APPEARANCE &
## CERTIFICATE OF INTERESTED PARTIES

**Entry of Appearance**: The undersigned hereby appears on behalf of Appellant Russell Greer, subject to approval of the undersigned's pending application for admission to this Court.[1]

**Certificate of Interested Persons**: In addition to the Parties to the above-captioned appeal, the following potentially interested persons are hereby disclosed to the Court:

- DIGITAL JUSTICE FOUNDATION (nonprofit law firm representing Plaintiff-Appellant Greer);

---

[1] The undersigned counsel has submitted an application for admission to practice before this Court. At present, the undersigned's admission application is pending. This appeal has been scheduled oral argument on January 18, 2023, see Oral-Argument Notice, and the undersigned intends to be arguing counsel. In addition, the Appellee has filed an opposed motion to dispense with oral argument and submit the appeal on the briefs. See Nov. 23, 2022 Motion. This opposed motion remains pending.

1

- Mr. Andrew Grimm (appellate counsel representing Plaintiff-Appellant Greer);

- Mr. Gregory Keenan (appellate counsel representing Plaintiff-Appellant Greer);

- S<span style="font-variant:small-caps">kordas</span> C<span style="font-variant:small-caps">aston</span> & H<span style="font-variant:small-caps">yde</span> (law firm representing Defendant-Appellees Moon, Kiwi Farms);

- Mr. Gregory Skordas (appellate counsel representing Defendant-Appellees Moon, Kiwi Farms).

- Ms. Gabriela Mena (appellate counsel representing Defendant-Appellees Moon, Kiwi Farms).

Date: November 30, 2022            Respectfully submitted,

*/s/ Gregory Keenan*
Gregory Keenan
D<span style="font-variant:small-caps">igital</span> J<span style="font-variant:small-caps">ustice</span> F<span style="font-variant:small-caps">oundation</span>
81 Stewart Street
Floral Park, New York
(516) 633-2633
Gregory@DigitalJusticeFoundation.org

*Attorney for Appellant Russell Greer*

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: November 30, 2022             Respectfully submitted,

                                    */s/ Gregory Keenan*
                                    Gregory Keenan