UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

Russell Greer

v.

Joshua Moon

Case No. 21-4128

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Joshua Moon and "Kiwi Farms, a website"
_____
[Party or Parties][1]

_____

Appellees
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Matthew D. Hardin
_____        _____
Name of Counsel                                                  Name of Counsel

/s/ Matthew D. Hardin
_____        _____
Signature of Counsel                                          Signature of Counsel

1725 I Street NW, Suite 300, Washington DC 20006 (Phone: 202-802-1948)
_____        _____
Mailing Address and Telephone Number        Mailing Address and Telephone Number

MatthewDHardin@gmail.com
_____        _____
E-Mail Address                                                     E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✔ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

10/18/2023
_____
Date

/s/Matthew D. Hardin
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

2

# CERTIFICATE OF SERVICE

I hereby certify that:

✔   All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐   On ___10/18/2023_____ I sent a copy of this Entry of Appearance
          [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                                                     [state method of service]

10/18/2023
_____
Date

/s/Matthew D. Hardin
_____
Signature