UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

December 12, 2023

Gary P. Serdar
United States District Court for the District of Utah
351 South West Temple
Salt Lake City, UT 84101

**RE:**     **21-4128, Greer v. Moon, et al**
            Dist/Ag docket: 2:20-CV-00647-TC

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's October 16, 2023 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency. Please note that the mandate includes a statement of costs.

Please contact this office if you have questions.

                                                   Sincerely,

                                                 Christopher M. Wolpert
                                                 Clerk of Court

cc:     Andrew Grimm
         Matthew Hardin
         Gregory William Keenan
         Greg G. Skordas

CMW/at