# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 4, 2024

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

    Re:  Joshua Moon, et al.
          v. Russell G. Greer
          No. 23-958
          (Your No. 21-4128)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 29, 2024 and placed on the docket March 4, 2024 as No. 23-958.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst