## 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

Russell Greer

v.                                               Case No. 21-4128

Joshua Moon,  et al.

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of

Lolcow, LLC

certifies[1] as follows:

Lolcow, LLC is a West Virginia Limited Liability Company. Its sole member is Joshua Moon. It does business as Kiwi Farms.

June 4, 2026
Date

Matthew D. Hardin
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

**CERTIFICATE OF SERVICE**

I hereby certify that: All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case;.

June 4, 2026
Date

/s/ Matthew D. Hardin
Signature