## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

<table>
<tr><td>

RUSSELL G. GREER,

    *Plaintiff-Appellant*,

    v.

JOSHUA MOON, KIWI FARMS,

    *Defendant-Appellees*.

</td><td>

Civil Appeal No. 21-4128

</td></tr>
</table>

### MOTION FOR EXTENSION OF TIME TO FILE
### RESPONSE TO MOTION TO RECALL THE MANDATE

Appellee has filed a motion to recall the mandate. The Honorable Court requested a response. Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, Appellant respectfully requests a 30-day extension of time to file the response, up to and including **Wednesday, July 15, 2026**. Good cause is met here for the reasons explained below.

***First***, this extension is *partially assented-to* and *partially unopposed in the sense that opposing counsel defers on the remainder to the Honorable Court*. Specifically, opposing counsel graciously assented to 14-days of extension and deferred to the Honorable Court on the remaining 16 days requested. ("We will consent to 14 extra days and will take no position on the full 30-day request."). Appellant's counsel will reciprocate with opposing counsel on any amount granted for the reply.

1

***Second***, the first Appellant's counsel learned of the motion was upon its filing on the electronic docket, so there was no advance notice that a motion would be filed.

***Third***, Appellant's undersigned counsel was sick when the motion was filed and, because of the period of illness, has fallen behind schedule in other matters, and so has significant workload to catch up on. Catching up on the other matters necessitates an extension.

***Fourth***, Appellant was represented by a small non-profit that had long since completed all the terms of its representation of Appellant. So, when the motion was filed, the undersigned had to confirm whether the non-profit had capacity to continue the representation on the response to the motion and to figure out arrangements with Appellant.

Due to delays in communication, the arrangements were only finalized late last night. The firm does not have capacity to represent within the rather short 10-day window, but can represent Appellant on the motion response in the extended timeframe.

***Fifth***, Appellant's counsel has not addressed a motion of this sort before so needs more than the usual timeframe to research, synthesize, and present the Honorable Court with the state of the law.

***Sixth***, Appellant's lead appellate counsel in the prior proceedings had a major life event in his family in recent days and will not be available to work on the matter in any meaningful respect for the next few weeks, but the undersigned is hopeful that he will be able to review the filing prior to submission on the extended timeframe.

I declare under penalty of perjury that the foregoing factual statements are true and correct.  Executed on June 15, 2026, */s/ Andrew Grimm*

Date: June 15, 2026                              Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew.B.Grimm@Gmail.com

*Attorney for Appellant*

3

## CERTIFICATE OF COMPLIANCE

This Motion contains **555** words.

This Motion was prepared in Microsoft Word using Times New Roman 14-point font.

Date: June 15, 2026                    Respectfully submitted,

                                       */s/ Andrew Grimm*
                                       Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit using the appellate electronic filing system.

Date: June 15, 2026                    Respectfully submitted,

                                       */s/ Andrew Grimm*
                                       Andrew Grimm