### IN THE UNITED STATES COURT OF APPEALS
### FOR THE TENTH CIRCUIT

RUSSELL G. GREER,

*Plaintiff-Appellant*,

v.

JOSHUA MOON, KIWI FARMS,

*Defendant-Appellees*.

Civil Appeal No. 21-4128

### MOTION FOR EXTENSION OF TIME TO FILE
### RESPONSE TO MOTION TO RECALL THE MANDATE

Appellee has filed a motion to recall the mandate. The Honorable Court requested a response. Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, Appellant respectfully requests a 9-day extension of time to file the response, up to and including **Friday, July 24, 2026**. Good cause is met here for the reasons explained below.

**_First_**, in the period since the last extension, the undersigned has received substantial additional and unexpected needs to help vulnerable and underrepresented persons facing time-sensitive legal needs for which the undersigned non-profit counsel is the only counsel who was realistically available.

**_Second_**, in the period since the last extension, the undersigned has done substantial research, including review of many Supreme Court's precedents regarding appellate mandates, but needs additional time to complete the review.

1

Furthermore, the undersigned needs to conduct a review of this Honorable Court's precedents and practices regarding appellate mandates, appellate jurisdiction, and applicable standards.

*__Third__*, the undersigned has been the only counsel reasonably available to work on the preparation of this response, since the lead appellate counsel works elsewhere now and it is expected that the lead counsel in this appeal will not be able to do much more than review the final submission at this point.  The other counsel at the non-profit had no meaningful involvement in this case and do not have availability to assist given other cases, including a complex appeal involving the wrongful-deaths of many children.

Date: July 15, 2026                    Respectfully submitted,

                                       */s/ Andrew Grimm*
                                       Andrew Grimm
                                       DIGITAL JUSTICE FOUNDATION
                                       15287 Pepperwood Drive
                                       Omaha, Nebraska 68154
                                       (531) 210-2381
                                       Andrew.B.Grimm@Gmail.com

                                       *Attorney for Appellant*

## CERTIFICATE OF COMPLIANCE

This Motion contains **381** words.

This Motion was prepared in Microsoft Word using Times New Roman 14-point font.

Date: July 15, 2026                  Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit using the appellate electronic filing system.

Date: July 15, 2026                  Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm