**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**July 17, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

RUSSELL G. GREER,

    Plaintiff - Appellant,

v.

JOSHUA MOON, an individual, et al.,

    Defendants - Appellees.

No. 21-4128
(D.C. No. 2:20-CV-00647-TC)
(D. Utah)

_____

**ORDER**
_____

Before **BACHARACH**, **MORITZ**, and **ROSSMAN**, Circuit Judges.
_____

This matter is before the court on Appellant's *Motion for Extension of Time to File Response to Motion to Recall the Mandate* and on Appellees' *Motion for Sanctions* against Appellant's counsel related to the filing of the motion for extension of time.

Upon consideration, the *Motion for Extension of Time* is granted. However, no further extensions will be granted. The response must be filed on or before July 24, 2026.

The *Motion for Sanctions* is denied.


Entered for the Court


Per Curiam