**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 28, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

RUSSELL G. GREER,

Plaintiff - Appellant,

v.

JOSHUA MOON, an individual, et al.,

Defendants - Appellees.

No. 21-4128
(D.C. No. 2:20-CV-00647-TC)
(D. Utah)

---

**ORDER**

---

Before **BACHARACH**, **MORITZ**, and **ROSSMAN**, Circuit Judges.

---

This matter is before the court on Appellees' motion to recall the mandate. The motion is denied.

Entered for the Court

Per Curiam