UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

November 15, 2021

Gregory G. Skordas
Skordas Caston & Hyde
124 South 400 East, Suite 220
Salt Lake City, UT 84111

**RE:**     21-4128, Greer v. Moon, et al
           Dist/Ag docket: 2:20-CV-00647-TC

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect:

The entry of appearance was not served upon Mr. Greer. Mr. Greer is not an electronic filer, therefore documents need to be mailed to him.  10th Cir. R. 46.1.

Please correct the stated deficiency within three days of the date of this notice.

Please contact this office if you have questions.

                                         Sincerely,

                                         Christopher M. Wolpert
                                         Clerk of Court

cc:       Russell G. Greer

CMW/djd