## IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| RUSSEL G. GREER<br><br>Plaintiff-Appellant,<br><br>v.<br><br>JOSHUA MOON, KIWI FARMS,<br><br>Defendant-Appellees | Civil Appeal No. 21-4128 |

## MOTION TO WAIVE ORAL ARGUMENT

Under 10th Circuit Rule 34.1(a), Appellees hereby move to waive oral argument in the above captioned case. This circuit's rules permit a party to request waiver of oral argument and to submit a case for decision on the parties' briefs. *See* 10th Cir. R. 34(1)(A)(2).

A notice of instructions for oral argument was provided to Appellees on November 8, 2022. This followed previous months of briefing in which Appellant submitting an initial brief, Appellees submitted a response brief, and Appellants then submitted a reply brief. Each of the briefs contained the record of the court

below, as well as dozens of pages laying out the parties' positions in significant detail.

Both parties' attorneys are based in states other than Colorado. Traveling for oral argument would be a significant and unnecessary expenditure of time. Further, preparation for oral argument would require rigorous and timely preparation on the part of the parties' counsel and this court.

The briefs which have been submitted sufficiently lay out the position of each of the parties. Based on the forgoing, Appellees request this court waive oral argument in this case and submit a decision on the briefs.

Date: November 21, 2022                         Respectfully Submitted,


                                                            */s/Gregory Skordas*
                                                          Greg Skordas
                                                          Attorney for Appellee
                                                          SKORDAS&CASTON, LLC
                                                          124 South 400 East, Suite 220
                                                          Salt Lake City, UT 84111
                                                          Telephone: (801) 531-74444
                                                          Email: gskordas@schhlaw.com

## CERTIFICATE OF COMPLIANCE

This Motion contains approximately **250** words.

This Motion was prepared using Microsoft Word with Times New Roman 14-point font.

Date: November 21, 2022                            Respectfully Submitted,


                                                   */s/Gregory Skordas*
                                                   Greg Skordas

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the forgoing Motion with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the CM/ECF system.

Participants in this case will be served by the CM/ECF system upon filing of this Motion with the court.

Date: November 21, 2022                             Respectfully Submitted,


                                                    */s/Gregory Skordas*
                                                    Greg Skordas