# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| RUSSELL G. GREER, | |
|---|---|
| *Plaintiff-Appellant*, | |
| v. | Civil Appeal No. 21-4128 |
| JOSHUA MOON, KIWI FARMS, | |
| *Defendant-Appellees*. | |

## BILL OF COSTS

Appellate costs are to be taxed against Appellees because this Court reversed. <u>See</u> Fed. R. App. P. 39(a)(3). Thus, Appellant respectfully requests **$225.25** in copying costs. <u>See</u> Fed. R. App. P. 39(c), 28 U.S.C. § 1920(4). Tenth Circuit Rule 29.1 governs—setting taxation at "actual cost, but no more than 20 cents per page." 10th Cir. R. 39.1.

The following table sets forth the relevant calculations conducted to determine taxable costs:

| Document | Pages | Copies | Total (Pages * Copies) | Maximum (Total * 20¢) | Actual Cost | Amount Taxable |
|---|---|---|---|---|---|---|
| Brief | 91 | 7 | 637 | $127.40 | $96.55 | $96.55 |
| Appendix | 422 | 1 | 422 | $84.40 | $65.70 | $65.70 |
| Reply Br. | 45 | 7 | 315 | $63.00 | $69.80 | $63.00 |
| **TOTAL** | - | - | 1374 | $274.80 | $232.05 | **$225.25** |

The verification of actual costs incurred is included in the declaration of counsel, *infra*.

1

Date: October 18, 2023    Respectfully submitted,

/s/ Andrew Grimm
Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for Appellant*

# DECLARATION OF COUNSEL
## IN SUPPORT OF BILL OF COSTS,

I, Andrew Grimm, an attorney at the DIGITAL JUSTICE FOUNDATION hereby make this Declaration in support of this Bill of Costs. The following statements are true to the best of my knowledge, information, and belief, and I could testify to them if called as a witness:

1. I am a duly authorized attorney of the Party seeking the taxation of costs in this appeal.

2. The costs are correct, have been necessarily incurred, and were for services actually and necessarily performed.

3. My client printed and delivered—or had printed and delivered—the required paper copies to the Court.

2

4. True and correct copies of the relevant receipts for this printing of paper copies, as provided to me by my client, are shown in the following several images:





If you have any questions concerning your order, please call the FedEx Office s your order number is 2010612823508280.

If you have questions about this order (or other comments or concerns regardi

All jobs produced by customers will be retained for 30 days after the order rea have not picked up the order. FedEx Office is not responsible for retaining any retain payment for all work performed on the customer's behalf.

ORDER -- SUMMARY DETAILS

Order Number: 2010612823508280

Order Price

Subtotal: $64.41

Tax: $5.39

Total: $69.80

Payment By: Credit Card

See order details for each recipient below.

ORDER DETAIL – Part 1

Job Number:

FedEx Office Store Producing Order: 4750 W Sahara AveSte 38 Las Vegas NV

Phone: 702.870.7011

Email: usa1303@fedex.com

Order Completion Date: Oct 29, 2022 at 1:00 PM

Documents: Copies & Custom Documents (7)

Recipient: Greer, Russell

To be picked up at FedEx Office store (see above)

Price: $64.41
Tax: $5.39

**I hereby declare that the above statements in this Declaration are true to the best of my knowledge and belief, and that I understand that these statements are made for use as evidence in court and are subject to penalty for perjury.**

Date: October 18, 2023                    Respectfully submitted,

                                          */s/ Andrew Grimm*
                                          Andrew Grimm

## CERTIFICATE OF COMPLIANCE

This Bill of Costs contains **472** words.

This Bill of Costs was prepared in Microsoft Word using Times New Roman 14-point font.

Date: October 18, 2023                Respectfully submitted,

                                      */s/ Andrew Grimm*
                                      Andrew Grimm

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: October 18, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Andrew Grimm*
　　　　　　　　　　　　　　　　　　Andrew Grimm