FILED
United States Court of Appeals
Tenth Circuit

October 31, 2023

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

RUSSELL G. GREER,

    Plaintiff - Appellant,

v.

JOSHUA MOON, an individual, et al.,

    Defendants - Appellees.

No. 21-4128
(D.C. No. 2:20-CV-00647-TC)
(D. Utah)

_____

## ORDER

_____

Before **BACHARACH**, **MORITZ**, and **ROSSMAN**, Circuit Judges.

_____

This matter is before the court on Appellees' *Petition for Rehearing En Banc* filed by Kiwi Farms and Joshua Moon. Appellant Russell G. Greer shall file a response to the petition on or before November 13, 2023.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk