IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| RUSSELL G. GREER,<br><br>    *Plaintiff-Appellant*,<br><br>v.<br><br>JOSHUA MOON, KIWI FARMS,<br><br>    *Defendant-Appellees*. | Civil Appeal No. 21-4128 |

### UNOPPOSED MOTION FOR FOUR-DAY EXTENSION OF TIME TO FILE APPELLANT'S PETITION RESPONSE

Pursuant to Federal Rule of Appellate Procedure 26(b) and to Tenth Circuit Rule 27.6, Appellant Russell Greer hereby respectfully requests that the Court extend the time to file his en banc petition response by *four days*, up to and including **Friday, November 17, 2023**.

    1.    *Current Due Date*: The current deadline for the petition response is today, Monday, November 13, 2023.

    2.    *Prior Extensions*: No prior extensions for the forthcoming petition response have been sought.

    3.    *Reasons for Extension*: Mr. Greer's appellate counsel have been very busy on a number of appellate and trial-court filings, as well as, *inter alia*, preparation and travel for an appellate oral argument before the D.C. Circuit; preparation for an oral argument before the District of Massachusetts tomorrow; providing time-sensitive client advice.

Mr. Greer's counsel had anticipated that they would be able to complete the en banc petition response going into this Holiday weekend, but several other matters took substantially more time than anticipated, leading to this present extension request.

4.     *Appellee's Position*:     This extension request is **unopposed** by Appellees.  In response to an email inquiry, Appellees' counsel, Mr. Matthew D. Hardin of HARDIN LAW OFFICE, stated that Appellee "Moon does not object to your proposed extension."

5.     *Conclusion*:  For the foregoing reasons, the undersigned respectfully requests a 4-day extension, up to and including November 17, 2023, to submit the petition response.

Date: November 13, 2023              Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
(531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for Appellant*

## CERTIFICATE OF COMPLIANCE

This Motion contains **385** words.

This Motion was prepared in Microsoft Word using Times New Roman 14-point font.

| | |
|---|---|
| Date: November 13, 2023 | Respectfully submitted, |
| | */s/ Andrew Grimm* |
| | Andrew Grimm |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

| | |
|---|---|
| Date: November 13, 2023 | Respectfully submitted, |
| | */s/ Andrew Grimm* |
| | Andrew Grimm |