FILED  
United States Court of Appeals  
Tenth Circuit

December 4, 2023

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

RUSSELL G. GREER,

    Plaintiff - Appellant,

v.

JOSHUA MOON, an individual, et al.,

    Defendants - Appellees.

No. 21-4128  
(D.C. No. 2:20-CV-00647-TC)  
(D. Utah)

_____

**ORDER**

_____

Before **BACHARACH**, **MORITZ**, and **ROSSMAN**, Circuit Judges.

_____

Appellees' petition for rehearing is denied.

The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

                          Entered for the Court

                          CHRISTOPHER M. WOLPERT, Clerk