UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

No. 21-4128
Greer v. Moon, et al.,
(D.C. No. 2:20-CV-00647-TC)

**STATEMENT OF COSTS**

The following itemized costs are certified in the captioned case in favor of appellant and against appellees. *See* Fed. R. App. P. 39. Per Fed. R. App. P. 39(d)(3), this statement of costs becomes effective the date the mandate issues. If the mandate has issued already, the statement acts as a supplement to that mandate.

| | |
|---|---:|
| Docket Fees | $ 0.00 |
| **PRINTING EXPENSE:** | |
| Appellant's Opening Brief, Reply Brief, and appendix printing $225.25. | |
| **TOTAL PRINTING EXPENSE** | $ 225.25 |
| **OTHER COSTS:** | |
| | $ 0.00 |
| **GRAND TOTAL, STATEMENT OF COSTS** | $ 225.25 |

It is requested that these costs be added to the mandate in accordance with the provisions of Rule 39 of the Federal Rules of Appellate Procedure.

Entered for the Court,

Christopher M. Wolpert
Clerk of the Court