**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

RUSSELL G. GREER,

    *Plaintiff-Appellant*,

    v.

JOSHUA MOON, KIWI FARMS,

    *Defendant-Appellees*.

Civil Appeal No. 21-4128

**ENTRY OF APPEARANCE &**
**CERTIFICATE OF INTERESTED PARTIES**

**Entry of Appearance**:  The undersigned hereby appears on behalf of

Appellant Russell Greer, subject to approval of the undersigned's pending

application for admission to this Court.[1]

**Certificate of Interested Persons**:  In addition to the Parties to the above-

captioned appeal, the following potentially interested persons are hereby disclosed

to the Court:

- DIGITAL JUSTICE FOUNDATION (nonprofit law firm representing Plaintiff-
  Appellant Greer);

---

[1] The undersigned counsel has submitted an application for admission to practice before this Court.  At present, the undersigned's admission application is pending.  This appeal has been scheduled oral argument on January 18, 2023, <u>see</u> Oral-Argument Notice, and the undersigned intends to be arguing counsel.  In addition, the Appellee has filed an opposed motion to dispense with oral argument and submit the appeal on the briefs.  <u>See</u> Nov. 23, 2022 Motion.  This opposed motion remains pending.

- <u>Mr. Andrew Grimm</u> (appellate counsel representing Plaintiff-Appellant Greer);

- <u>Mr. Gregory Keenan</u> (appellate counsel representing Plaintiff-Appellant Greer);

- <u>SKORDAS CASTON & HYDE</u> (law firm representing Defendant-Appellees Moon, Kiwi Farms);

- <u>Mr. Gregory Skordas</u> (appellate counsel representing Defendant-Appellees Moon, Kiwi Farms).

- <u>Ms. Gabriela Mena</u> (appellate counsel representing Defendant-Appellees Moon, Kiwi Farms).

Date: November 30, 2022                    Respectfully submitted,

*/s/ Gregory Keenan*
Gregory Keenan
DIGITAL JUSTICE FOUNDATION
81 Stewart Street
Floral Park, New York
(516) 633-2633
Gregory@DigitalJusticeFoundation.org

*Attorney for Appellant Russell Greer*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the

Court for the United States Court of Appeals for the Tenth Circuit by using the

appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by

the appellate CM/ECF system.


Date: November 30, 2022                    Respectfully submitted,

                                           */s/ Gregory Keenan*
                                           Gregory Keenan