FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

January 3, 2023

Christopher M. Wolpert
Clerk of Court

---

RUSSELL G. GREER,

    Plaintiff - Appellant,

v.

JOSHUA MOON, an individual, et al.,

    Defendants - Appellees.

No. 21-4128
(D.C. No. 2:20-CV-00647-TC)
(D. Utah)

---

**ORDER**

---

This matter is before the court on Appellees' *Motion to Waive Oral Argument* and Appellant's *Response In Opposition to Appellees' Motion to Waive Oral Argument*. The motion to waive oral argument is denied. The oral argument set for January 18, 2023 in Denver, Colorado remains set as scheduled.

    Counsel for Defendants - Appellees shall file a calendar acknowledgment form by January 5, 2023.


Entered for the Court


CHRISTOPHER M. WOLPERT, Clerk